FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
08 APR -9 PM 2:58
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NORMAN FLICK,
Plaintiff,
vs.

1:08-cv-0461-SEB-JMS

HECTOR MANUEL GONZALES,RICHARD N. BOE, MICHAEL S. SHERFICK, NORA GRACIELA WHIDBY, JOSE RAPHAEL MALDONADO, PETER BALLATAN, JANET DAVIS HOCKER, HOCKER & ASSOCIATES, MARNIE BADER, BRIAN POINDEXTER, DAREN O'DEAR, RICHARD TEETERS, LAWYERS TITLE INSURANCE CORPORATION, KURT V. LAKER, CRAIG D. DOYLE, PATRICK L. MCCARTY, and STACY L. KELLEY.
Defendants.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF, ALLEGING VIOLATIONS OF CIVIL RIGHTS

JURISDICTION

The Court's Jurisdiction is based per Title 42 USC Sections 1983, 1985, 1986, 1988 in conjunction with 28 USC 1331 and 28 USC 1343.

PLAINTIFF

Norman Flick, is a resident of Marion County, Southern District of Indiana, The Defendants' 'target' for personal gain, commiting & or promoting criminal acts.

DEFENDANTS

0. H. Manuel Gonzales, (Hector) Whidby's lover, Maldonado & Boe's crime partner.

1. Richard N. Boe, (Mr. Boe), Attorney, with an office at 23 East 39th Street, Indianapolis, IN. 46205, (317) 926-1688. Mr. Boe, signed a perjured 'affidavit' October 8, 2003, and February 13, 2004, Cause 49K01-0402-SC-1501 to steal property, following Cause No. 49K01-0310-SC-9449's -dismissal; Mr. Boe, uttered fake Deeds continuing his acts during 2007.

2. Michael S. Sherfick, (Mr. Sherfick), 484 East Carmel Drive, Suite 375, Carmel, and 1034 Roanoak, Westfield, Indiana 46074, hired by Mr. Boe, ( posing as Marion County Sheriff's Captain), September 29, 2003, and October 1, evicted tenants without legal authority, posing as ' Law Enforcement ' through 2006; November 20, 2003, Mr. Sherfick, signed an 'affidavit' to have Plaintiff arrested on false criminal charges via cause NO.49G020401FC009866.

3. Nora G. Whidby, hired Richard N. Boe, to file a "false Claim" in Marion County Small Claims Court Cause 49K01- 0310-9449, (for emergency possession) October 8, 2003.

4. Jose Raphael Maldonado, (Mr. Maldonado), ( Whidby's Partner ), 2760 Timberchase Trail, Littleton, Colorado, 80126-5553, and 1532 Tamarind Court, Weston, Florida 33327-1621, March 23, 2004, illegally seized Title to Property from Whidby, (Cf Lawyers Title Case 273042), the Deed was prepared by Mr. Boe, from Whidby, to Maldonado, approved by Mr. Teeters.

5. Peter Ballatan, (Mr. Ballatan), 4101 Delridgeway Southwest, Seattle, WA. 98106, a college graduate, from University of the East, Mr. Boe's partner, on approximately May 2004, illegally seized title to the property knowing the property was in 'Litigation'.

6. Janet Davis Hocker, Attorney, ( Ms. Hocker ), represented/misrepresented plaintiff and business partner in Cause 49D03-0403-PL-625, inter alia, failed to file Les Pendens, allowed Mr. Boe, to prepare Deeds, inter alia, sell & resell the real estate, at issue, and permitted Mr. Boe, and Mr. Boe's, attorneys to commit criminal acts.

7. Hocker & Assiates, (Hocker), permitted numerous criminal acts against Plaintiff.

8. Marnie Bader. Special Investigator for Alcohol Beverage Commission, (ABC), investigated, covered-up ' true facts', and testified falsely for Mr. Boe, in Small Claims Court Cause 49K01-0402-SC-1501, evicted, Paul Moss, and assisted Mr. Boe, to steal property via falsefied Deeds and aided Mr. Boe, and Mr. Sherfick, to commit crimes.

9. Brian Poindexter, Deputy Marion County Prosecutor and Supervisor of Marion County Criminal Court Room Two, where Plaintiff was the subject of two arrest warrants determined 'void' aided Mr. Boe, and others in criminal acts -to scare Plaintiff too forego Property.

10. Daren O'Dear, IPD Detective and Special Investigator for Marion County Prosecutor, filed a 'false' affidavit (for Mr. Boe), in Cause 49G02-0405-FS-089339, without investigating, to rearrest Plaintiff on void charges, promoting Mr. Boe's criminal acts.

11. Richard Teeters, Lawyers Title, put Title Insurance 03/01/04, for Whidby, Case 273042, so Whidby could deed property to Maldonado, hiding liability and crimes.

12. Lawyers Title Insurance Corp. (Lawyers Title), 140 E. Washington St., Indianapolis, IN. 46204, insures property for Sellers and Buyers, hired Craig D. Doyle, to 'pay-off' Patrick L. McCarty, Judge, to Cause 49D03-0403-PL-625 and aided in criminal acts via Deeds, etc.

13. Kurt V. Laker (Mr. Laker) Attorney, Doyle & Friedmeyer, P.C. 2000 First Indiana Plaza, 135 N. Pennsylvania Street, Indianapolis, Indiana 46204, knowingly perjured himself in Cause 49D03-0403-PL-625, to obtain 'emergency possession' of property and aided criminal acts.

14. Craig D. Doyle, Attorney, (Mr. Doyle), of Doyle & Friedmeyer, P. C.,10 W. Market St., Suite 2000, First Indiana Plaza, 135 N. Pennsylvania Street, Indianapolis, Indiana 46204, conspired via tacit acts, etc., with Mr. McCarty, Mr. Laker, Mr. Boe, Stacy L. Kelley, and others.

15. Stacy L. Kelley, Attorney, (Ms.Kelley), 10 W. Market Street, Suite 1050, Indianapolis, IN. 46204, withheld filing Plaintiff's Motions to aid Mr. McCarty, in his criminal acts.

16. Patrick L. McCarty (Judge), Judge Marion Superior Court Three, withheld 'Orders' to frusterate proceedings April 2007, and September 28, 2007, to deny 'Due Process and Equal Protection', Judge McCarty, refused to allow Civil Hearings be open to the public; refused to recuse Mr. Boe, from representing multiple defendants whose legal positions were adverse to each other; refused to allow a jury trial; allowed Mr. Boe, sell and resell property while 'quiet title' was pending, all in violation of Cannons 1, 2, 3, 4 and criminal laws and refused 'due process' to Plaintiff and aided criminal acts.

## CAUSE OF ACTION

September 28, 2001, Plaintiff bought 3515 Southeastern Avenue and 851 Earheart Street, Real Estate, License, Restaurant & Tavern Equipment, Marion County, Indiana. The Defendant(s) acts and omissions, were in collusion and concert with others to deny Plaintiff 'Civil Rights' under Federal and State, Criminal and Civil laws.

The series of acts are related and impact ongoing violations that participated and caused Civil Rights violations that were performed in an official and personal role,

calculated to impact and violate Civil Rights. Mr. Boe, made false derogatory speeches about Plaintiff, in 2003, continuing through 2007, telling, Peggy Howard, 'Plaintiff was not allowed to own real estate, due to a felony' telling Ms. Howard, that Plaintiff murdered his brother, 'Delbert Flick, and sister Opal Flick', to promote hate & dislike toward Plaintiff. Prior to 2003, Mr. Boe, engaged in a "scam" to steal property; Mr. Sherfick, posed asa Marion County Sheriff's Captain; December 29, 2007, Mr. Boe, acted for, Whidby, & Maldonado, in Cause NO. 49D03-0403-625. 11/20/03, Mr. Sherfick, filed a 'perjured affidavit' per 49G02-0401-FC-009866, for Plaintiff's arrest, January 28, 2004, case dismissed March 17, 2004. March 23, 2004. Mr. Boe, and Whidby, gave this property to Whidby's partner, Mr. Maldonado, (cf Title Case 273042). Mr. Poindexter, Deputy Prosecutor, and Supervisor to Criminal Court Two, engineered the charges in the same Court Mr. Poindexter, was supervisor over. Mr. Boe, and Whidby, Deeded the property to Mr. Maldonado, Whidby's partner, March 23, 2004, (**for free**); ( Fourteen days later), Mr. Boe, refused 'Service of Process' via letter dated April 7, 2004. Judge McCarty, would reflect his hate and dislike for Plaintiff by drawing a line across Plaintiff's motions and mark denied. Mr. McCarty, refused to permit Plaintiff from adducing evidence of criminal conduct by Defendants. Hector, paid Mr. Boe, for Whidby. Beyond Federal Statutes, Defendants have violated Indiana Codes 34-2-3-1; 34-24-3-1; 35-43-1-2; 35-43-1-3; 35-43-2-2; 35-43-4-2; 35-43-4-3; 35-43-5-4; 35-4-5-3.

DEMAND FOR TRIAL BY JURY

Plainiff makes demand for trial by jury pursuant to F. R. C. P. Rule 38 & Sec. 2072.

RELIEF REQUESTED

Plaintiff has suffered severe substantial damages and is entitled to compensatory

and punitive damages, attorney fees, costs of this action and all other just and proper relief in the premises. Plaintiff requests judgment against Defendants, severally, and an Injunction to enjoin the Defendants from further abuse.

WHEREFORE, Plaintiff, Noman Flick, requests judgment in his favor against the Defendants, severally, for injunctive Relief, costs and all other just and proper relief in the premises.

Respectfully Submitted,

Norman Flick

Norman Flick, Po Se
1244 North Illinois Street, #116
Indianapolis, IN 46202 (317) 418-7009