UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| NORMAN FLICK, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:08-cv-461-SEB-TAB |
| HECTOR MANUEL GONZALES, et al., | ) ) ) | |
| Defendants. | ) | |

# E N T R Y

The plaintiff's motion to disqualify (dkt 124) seeks the recusal of the assigned Article III Judge. This request is based on the plaintiff's disagreement with various rulings during the course of the litigation and his dissatisfaction with the course of proceedings.

There is a general presumption that a court acts according to the law and not personal bias or prejudice. *Withrow v. Larkin,* 421 U.S. 35, 47 (1975). It has been held, not surprisingly, that "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Liteky v. United States,* 510 U.S. 540, 555 (1994)*.* Such rulings are proper grounds for appeal, not for recusal. *Id.* "Bias cannot be inferred from a mere pattern of rulings by a judicial officer, but requires evidence that the officer had it 'in' for the party for reasons unrelated to the officer's views of the law, erroneous as that view might be". *McLaughlin v. Union Oil Co. of Calif.*, 869 F.2d 1039, 1047 (7th Cir. 1989). Conclusions, opinions, or rumors are not sufficient. *United States v. Sykes*, 7 F.3d 1331, 1339 (7th Cir. 1993) (citing *United States v. Balistrieri,* 779 F.2d 1191, 1199 (7th Cir. 1985)). A decision adverse to a party--even one adverse on all of the issues raised--is not evidence of bias where that decision is supported by the law and facts, as is the case here. *See Gleason v. Welborn,* 42 F.3d 1107, 1112 (7th Cir. 1994).

Based on the foregoing, therefore, the plaintiff's motion to disqualify (dkt 124) is **denied.**

**IT IS SO ORDERED.**

Date: 10/12/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Norman Flick
1244 North Illinois Street #116
Indianapolis, IN 46202

Richard Norman Boe, boe-r@wavecable.com
Craig Douglas Doyle, DOYLE & FRIEDMEYER, P.C., cdoyle@doylelegal.com
Janet Davis Hocker, HOCKER & ASSOCIATES, janethocker@aol.com
Jonathan Lamont Mayes, CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL, jmayes@indygov.org
Alexander Phillip Will, OFFICE OF CORPORATION COUNSEL, CITY OF INDIANAPOLIS, awill@indygov.org
Stacey Lynn Kelley, Coleman Stevenson LLC, skelleylaw@sbcglobal.net
Joel Samuel Paul, Comelamn Garham & Stevenson, jpaul@cgslegal.com