**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| NORMAN FLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:08-cv-461-SEB-TAB |
| | ) | |
| HECTOR MANUEL GONZALES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the plaintiff take nothing by his second amended complaint and that this cause of action is **dismissed.**

Date: 03/21/2012

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

Norman Flick
1244 North Illinois Street #116
Indianapolis, IN 46202