FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2012 APR 16 AM 9:47
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NORMAN FLICK, Plaintiff,

VS. NO: 1:08-cv- 461-SEB-TAB

PAULA E. LAPOSSA, Judge, MICHELLE E. SMITH SCOTT, Judge, JEFFREY R. LADE, Attorney, VALLEY TITLE SERVICE, WILLIAM RIGBY RICHARDS, Attorney, DOYLE LEGAL CORPORATION,
CRAIG DOUGLAS DOYLE, Attorney, PATRICK L. MCCARTY, Judge, STACY L. KELLEY, Attorney, KURT V. LAKER, Attorney, LAWYERS TITLE INSURANCE CO., RICHARD TEETERS, DAREN O'DIER, Detective, BRIAN POINDEXTER, Deputy Prosecutor/Judge, MARNIE BADER, Detective, HOCKER & ASSOCIATES, JANET DAVIS HOCKER, Attorney, PETER BALLATAN, JOSE RAFAEL MALDONADO, NORA G. WHIDBY, MICHEAL S. SHERFICK, Imposter, RICHARD N. BOE, Attorney, HECTOR MANUEL GONZALES, a/k/a HECTOR GOMEZ. Defendants.

# NOTICE OF APPEAL

Plaintiff, Norman Flick, Pro Se hereby appeals to The United States Court of Appeals for the 7th Circuit Court from the Honorable Judge Sarah Evans Barker, District Court's **'hiding' certain Defendants from the Courts Docket, i. e. Paula E. LaPossa, Judge and Michelle E. Smith Scott, Judge,** Judgments docket 211, Entry & Order Dismissing Action, Docket 210, Dockets 209, 202, 200, 187, 185, 169, 168, 165, 154 Denying Mo. to compel Dkt. 137, 153, 152, 151, 150, Mo. for Default, 145, 144, 143, Mo. for Default, 137, Mo. to compel 130, Entry Denying Mo. to amend , Entry 129, Denying Magistrate Scheduling ORDER 127. 128 ORDER DENYING Mo. to amend 126, 125 ORDER denying Mo. to disqualify 124 Mo. to recuse. ORDER 117 & Entry 116, 114 Mo. for Default 106. 101, 100, pursuant to rule 3 and 10.

Respectfully Submitted,

Norman Flick [signature]

Norman Flick (317) 418-7009
1244 N. Illinois Street, Suite 116, Indianapolis, IN. 46202

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing first class mail postage prepaid

this 16 day of April, 2012, to Alexander Will, 200 E. Washington Street, Room 1601, Indianapolis, Indiana 46204
Richard N. Boe, Esq. 23 E. 39th St. Indianapolis, IN. 46205 and Richard N. Boe, 5600 Kitsap Way, Bremerton, WA. 98312
Doyle Legal Corporation, 41 E. Washington Street, Indianapolis, IN. 46204
Janet Davis Hocker, Esq, 7202 N. Shadeland Ave., Indianapolis, IN. 46250
Stacy Lynn Kelley, Esq. 10 W. Market Street, Suite 1050, Indianapolis, IN. 46204
Aaron Edward Haith, Esq. 151 N. Delaware Street, Suite 740, Indianapolis, IN. 46204
Michael S. Sherfick, c/o Richard N. Boe, 23 E. 39th St., Indianapolis, IN. 46205

Norman Flick

Norman Flick (317) 418-7009
1244 N. Illinois Street, Suite 116, Indianapolis, IN. 46204